UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| SAMUEL MCNEIL, | ) | |
| | ) | |
| Plaintiff, | ) | No. CV 09-5730 GHK (AJW) |
| | ) | |
| v. | ) | |
| | ) | [Proposed] |
| USC and USC SCHOOL OF DENTISTRY, | ) | J U D G M E N T |
| | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED THAT** plaintiff's federal claims should be dismissed with prejudice, and plaintiff's state law claims should be dismissed without prejudice.

\_\_\_\_1/18\_\_\_, 2012

_____
GEORGE H. KING
United States District Judge